1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | PATRICIA J. KENNEY (CABN 130238)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6857

7 | FAX: (415) 436-7234
Email: patricia.kenney@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,           ) CASE NO. CV 14 – 4246 NC
                                       )
14 |    Plaintiff,                      ) WARRANT OF ARREST OF PROPERTY *IN REM*
                                       )
15 |  v.                                )
                                       )
16 | $72,490 IN UNITED STATES CURRENCY, )
                                       )
17 |    Defendant.                      )
                                       )

18

19 | TO:   ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF
         DRUG ENFORCEMENT ADMINSTRATION

20

21

YOU ARE HEREBY COMMANDED to arrest and seize the defendant currency and maintain

22

custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

23

Claimants of the above-described currency which is the subject of this action shall file their

24

claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor,

25

San Francisco, California 94102 and serve a copy thereof upon the United States Attorney,

26

Attention: Patricia J. Kenney, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden

27

Gate Avenue, 11th Floor, San Francisco, California 94102. Within 35 days after the date of service of the

28

Warrant of Arrest
CV 14- 4246 NC                          1

complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 60 days after the first date of publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed and served within twenty-one (21) days thereafter or within such additional time as may be allowed by the Court

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 11th Floor, San Francisco, California 94102.

Dated:   9/22/2014

RICHARD W. WEIKING
United States District Clerk

By *Richard W. Wieking*
_____

Warrant of Arrest
CV 14- 4246 NC                                2